FILED

06/24/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0127

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0127

_____

AWIN REAL ESTATE, LLC, and TRIPLE EEEZ
RANCH, INC.,

       Plaintiffs and Appellants,

   v.                                      O R D E R

WHITEHEAD HOMES, INC.,

       Defendants, Appellees,
       and Cross-Appellants.

_____

     Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

     The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Amy Eddy, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 24 2020